IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT JACKSON,**

    **Plaintiff,**

v.                                        Case No. 1:16-cv-00504-MCA-GJF

**XTREME MANUFACTURING d/b/a**
**SNORKEL INTERNATIONAL HOLDINGS,**
**LLC; THE GEO GROUP, INC. d/b/a**
**GUADALUPE COUNTY CORRECTIONAL**
**FACILITY; VINCENT HORTON (Warden);**
**and SANTIAGO CHAVEZ (Maintenance Supervisor);**

    **Defendants.**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Robert Jackson, by and through his counsel of record, Frances Carpenter, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal, without prejudice, of any and all claims which Plaintiff brought or could have brought in the above-entitled action against Defendant XTREME MANUFACTURING d/b/a SNORKEL INTERNATIONAL HOLDINGS, LLC.

                                                Respectfully Submitted,

                                                LAW OFFICE OF FRANCES CROCKETT

                                                */s/ Frances C. Carpenter*
                                                Frances Carpenter
                                                925 Luna Circle NW
                                                Albuquerque, NM 87102
                                                Phone (505) 314-8884
                                                Facsimile (505) 835-5658
                                                Email: frances@francescrockettlaw.com
                                                *Attorney for Plaintiff*