IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT JACKSON,

           Plaintiff,

v.                                                   CIVIL NO. 1:16-CV-00504 MCA/GJF

THE GEO GROUP, INC., d/b/a/
GUADALUPE COUNTY CORRECTIONAL
FACILITY; VINCENT HORTON (Warden);
and SANTIAGO CHAVEZ (Maintenance Supervisor),

           Defendants.

## CERTIFICATE OF SERVICE

      Plaintiff hereby certifies that on the 17th day of July, 2017, he served Defendants, **via E-Mail**, the following:

1. Plaintiff's Second Supplement to Rule 26(a)(1) Initial Disclosures; and

2. Certificate of Service.

                                                  Respectfully submitted,
                                                  LAW OFFICE OF FRANCES CROCKETT

                                                  */s/ Frances Carpenter*
                                                  Frances Carpenter
                                                  925 Luna Circle NW
                                                  Albuquerque, NM 87102
                                                  Phone: (505) 314-8883
                                                  Fax: (505) 835-5658
                                                  *Attorneys for Plaintiff*

I hereby certify that a true and correct copy of the foregoing was sent to all counsel and parties of record via the CM/ECF filing system, on this 17th day of July, 2017.

*/s/ Frances Carpenter*
Frances Carpenter