# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ROBERT JACKSON,

     Plaintiff,

v.                                                        Civ. No. 16-504 MCA/GJF

THE GEO GROUP INC., et al.,

     Defendants,

THE GEO GROUP INC., et al.,

     Third-Party Plaintiffs,

v.

UPRIGHT INC., et al.,

     Third-Party Defendants.

## ORDER TO SHOW CAUSE
## AND SETTING TELEPHONIC STATUS CONFERENCE

This matter comes before the Court upon a review of the record. On October 11, 2017, the Court conducted a settlement conference involving only Plaintiff Robert Jackson and Defendants/Third-Party Plaintiffs GEO Group, Inc., Vincent Horton, and Santiago Chavez. At the conclusion of the conference, these parties agreed to a settlement of all claims between them.

On October 13, 2017, this Court ordered as follows:

> **IT IS ORDERED** that dismissal documents for the claims between Plaintiff Robert Jackson and Defendants/Third-Party Plaintiffs GEO Group, Inc., Vincent Horton, and Santiago Chavez be filed no later than **November 9, 2017**, absent a showing of good cause for an extension.

Order, Oct. 13, 2017, ECF No. 82 (emphasis in original). On October 18, 2017, Plaintiff's counsel contacted this Court and opposing counsel by electronic mail claiming that non-

1

monetary material terms of the settlement might have been breached. Defense counsel responded later that day, and the Court set a telephonic hearing for October 20, 2017. *See* Order, Oct. 18, 2017, ECF No. 83.

At the hearing, the Court stated, *inter alia*, that it believed defense counsel was making a good faith effort to fulfill the terms of the agreement forged on October 11, 2017, and that neither party possessed the authority to unilaterally nullify the Court-sanctioned agreement. The Court also agreed to make certain inquiries relevant to one of the non-monetary material terms of the settlement agreement.

On October 20, 2017, the Court contacted the parties to update them on the progress of its efforts to allay Plaintiff's concerns. Later that same day, Plaintiff's counsel responded that her client no longer required the Court's assistance.

On October 24, 2017, Plaintiff's counsel contacted the Court and opposing counsel again by electronic mail to request another telephonic status conference, this time for the principal purpose of ascertaining the future of the pending claims between Defendants/Third-Party Plaintiffs and Third-Party Defendants. The Court did not respond directly to this request, but instead, on October 30, 2017, mailed to counsel a transcript of the terms of the settlement agreement reached by the parties on October 11, 2017.

Between the time of the Court's October 13th order, and the date of the instant order, neither party has filed dismissal documents as ordered by this Court. Furthermore, neither party has made any apparent effort to demonstrate good cause for extending the date of filing past the original deadline of November 9, 2017.

**IT IS THEREFORE ORDERED** that the parties shall show cause before this Court for their lack of compliance on November 17, 2017, at 2:00 p.m. The parties shall call Judge

Fouratt's "Meet Me" line at (505) 348-2695 to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE